1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10

11    FERMIN A. ALVARADO ZAVALA,            Case No. 2:21-cv-00609-RFB-NJK

12                 Petitioner,              **ORDER**

13          v.

14    WILLIAM P. BARR, et al.,

15                 Respondents.

16

17          This is a habeas corpus action under 28 U.S.C. § 2241.  Petitioner has submitted an

18    application to proceed in forma pauperis.  ECF No. 1.  Petitioner states that he has $45.00 in his

19    account.  ECF No. 1 at 2.  The Court finds that Petitioner is able to pay the filing fee of $5.00.

20          IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No.

21    1) is **DENIED**.  Petitioner will have 45 days from the date that this order is entered to have the

22    filing fee of $5.00 sent to the Clerk of the Court.  Failure to comply will result in the dismissal of

23    this action.

24    ///

25    ///

26    ///

27    ///

28    ///

                                              1

1    IT FURTHER IS ORDERED that the Clerk of the Court send Petitioner two copies of this

2    order.  Petitioner must make the necessary arrangements to have one copy of this order attached to

3    the check paying the filing fee.

4        DATED: May 20, 2021.

5                                                    _____

6                                                    RICHARD F. BOULWARE, II
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28